Date: 08/30/11                    **DIVIDENDS REMITTED TO THE COURT**                    Page:

Case Number 11-30156 - JOSEPHS, THOMAS J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American InfoSource LP as agent for WFNNB as assignee of Fashion Bug PO Box 248872 Oklahoma City, OK 73124-8872 6464 | 000001 | 197.30 | 4.27 |
| | | | |
| Remittance Total | | 197.30 | 4.27 |

MICHAEL J. IANNACONE, Trustee

RECEIVED
11 AUG 31  AM 11:56
U.S. BANKRUPTCY COURT
ST. PAUL, MN

COURT1                                              Printed: 08/30/11 10:01 AM   Ver: 16.02b